B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Posorski, Pawel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Posorski, Ewa** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4727** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2549** |
| Street Address of Debtor (No. and Street, City, and State):<br>**210 Park Lane**<br>**Roselle, IL**<br>ZIP Code **60172** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**210 Park Lane**<br>**Roselle, IL**<br>ZIP Code **60172** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Sold by Banco Popular, secured creditor, at UCC sale; proceeds being held by attorney Michael Gilmartin**<br>**Arlington Heights, IL 60005** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12     of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                         THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Posorski, Pawel**<br>**Posorski, Ewa** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Posorski, Pawel**<br>**Posorski, Ewa** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **/s/ Pawel Posorski**
Signature of Debtor **Pawel Posorski**

X **/s/ Ewa Posorski**
Signature of Joint Debtor **Ewa Posorski**

Telephone Number (If not represented by attorney)

**July 19, 2008**
Date

**Signature of a Foreign Representative**

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ James La Fata**
Signature of Attorney for Debtor(s)

**James La Fata 6285373**
Printed Name of Attorney for Debtor(s)

**Tenenbaum, La Fata, Chartered**
Firm Name

**5920 W. Dempster St., Ste. 200**
**Morton Grove, IL 60053**

_____
Address

**Email: lafataja@hotmail.com**
**847-967-0377  Fax: 847-967-0344**
Telephone Number

**July 19, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pawel Posorski**
       **Ewa Posorski**                        Case No. _____
                                 Debtor(s)        Chapter    **7**   _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Pawel Posorski**
                           **Pawel Posorski**

Date:  **July 19, 2008**

**Consumer Liability**
**Report Prepared By:**

CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

### General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | Pawel Posorski  XXX-XX-4727 | **Report Number:** | 856281 |
| **Co Applicant Name & SSN:** | Ewa Posorski  XXX-XX-2549 | **Client Code & CLR Type:** | A13123 - CLR 3 Source Joint |
| **Primary Address:** | 210 Park Lane, Roselle, IL 60172 | **Completed On:** | 6/30/2008 |

### Summary of Accounts with Balances

| Account Types | Number of Accounts with Balance | Number of Accounts Past Due | Percentage of Accounts Past Due | Total Monthly Payments (1) | Total of Balances Remaining |
|---|---|---|---|---|---|
| Installment | 2 | 0 | 0.00% | $4,725.00 | $648,516.00 |
| Revolving | 15 | 11 | 73.33% | $6,461.00 | $380,653.00 |
| Unknown | 1 | 0 | 0.00% | $0.00 | $48.00 |
| **Totals** | **18** | **11** | **61.11%** | **$11,186.00** | **$1,029,217.00** |

### Monthly Payment by Type



### Outstanding Balance by Type



### CIN Legal Data Services' myHorizon™ Credit Score

| | EXISTING CREDIT SCORE | ESTIMATED 12 MONTH POST - BANKRUPTCY CREDIT SCORE* | NET EFFECT |
|---|---|---|---|
| credit**X**pert  POWERED BY | 524 | 674 | +150 |

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies.  CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert Inc. and its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.



Consumer Liability
Report Prepared By:

Page 2 of 15

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

CREDIT INFONET

## General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | Pawel Posorski  XXX-XX-4727 | **Report Number:** | 856281 |
| **Co Applicant Name & SSN:** | Ewa Posorski  XXX-XX-2549 | **Client Code & CLR Type:** | A13123 - CLR 3 Source Joint |
| **Primary Address:** | 210 Park Lane, Roselle, IL 60172 | **Completed On:** | 6/30/2008 |

| Liabilities with Balances | | | | | 18 Account(s) with balances | |
|---|---|---|---|---|---|---|
| **Account Name, Owner/Type, Account Number & Status** | **Current Balance** | **High Credit** | **Date Opened & Last Reported** | **Payment Info. Account Type, Last Activity & Past Due $** | **Corporate Bankruptcy Department - Where Available (2)** | **Reported Contact Information** |
| Countrywide Home Loans<br>Individual / Applicant<br>XXXXXX3975<br>Account is: Open, | $631,402 | $632,000 | 5/2006<br>5/31/2008 | $4,277<br>Mortgage<br>5/30/2008<br>$0 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Countrywide Home Loans<br>Individual / Applicant<br>XXXXXX1279<br>Account is: Open, | $149,792 | $150,000 | 6/2006<br>5/31/2008 | $1,166<br>Revolving<br>5/19/2008<br>$0 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Natl Cty Crd<br>Individual / Applicant<br>XXXXXX4013<br>Account is: Open, | $72,492 | $73,173 | 5/2005<br>6/25/2008 | $342<br>Revolving<br>6/24/2008<br>$0 | National City<br>Attention: Bankruptcy<br>Department, 6750 Miller Rd<br>Brecksville, OH 44141<br>866-622-4257<br>Verified: 1-1 | 4661 E Main St<br>Columbus, OH 43213<br>800-622-4097 |
| Chase<br>Undesignated / Co-Applicant<br>XXXXXX4106<br>Account is: Closed, Account Closed By Grantor | $25,471 | $25,471 | 6/2002<br>6/28/2008 | $912<br>Open<br>4/14/2008<br>$3,129 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 201 N Walnut Street<br>Wilmington, DE 19801<br>800-955-9900 |
| Discover Fin Svcs Llc<br>Undesignated / Co-Applicant<br>XXXXXX3812<br>Account is: Closed, Account Closed By Grantor | $24,180 | $24,180 | 8/2006<br>6/10/2008 | $562<br>Revolving<br>3/17/2008<br>$1,070 | Discover Financial<br>Attention: Bankruptcy<br>Department, PO Box 3025<br>New Albany, OH 43054<br>866-323-5215<br>Verified: 2-2008 | Po Box 15316<br>Wilmington, DE 19850<br>830-334-8977 |
| Chase<br>Individual / Applicant<br>XXXXXX1292<br>Account is: Closed, Account Closed By Grantor | $18,759 | $29,922 | 6/2005<br>6/3/2008 | $680<br>Open<br>2/29/2008<br>$1,642 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 201 N Walnut Street<br>Wilmington, DE 19801<br>800-955-9900 |
| Chase<br>Undesignated / Co-Applicant<br>XXXXXX1479<br>Account is: Closed, Account Closed By Grantor | $17,597 | $19,821 | 11/2005<br>6/6/2008 | $642<br>Open<br>3/9/2008<br>$1,823 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 201 N Walnut Street<br>Wilmington, DE 19801<br>800-955-9900 |

Consumer Liability

**Report Prepared By:**



CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities with Balances

**18 Account(s) with balances**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Discover Fin Svcs Llc Individual / Applicant XXXXXX7015 Account is: Closed, Account Closed By Grantor | $17,129 | $17,129 | 8/1997 6/10/2008 | $430 Revolving 3/9/2008 $1,149 | Discover Financial Attention: Bankruptcy Department, PO Box 3025 New Albany, OH 43054 866-323-5215 Verified: 2-2008 | Po Box 15316 Wilmington, DE 19850 830-334-8977 |
| Chase Auto Individual / Applicant XXXXXX1504 Account is: Open, | $17,114 | $23,342 | 11/2006 5/31/2008 | $448 Installment 5/29/2008 $0 | Chase Manhattan Attn: Bankruptcy Research Dept, 3415 Vision Dr Columbus, OH 43219 800-848-9136 Verified: 2-2008 | 14800 Frye Road Fort Worth, TX 76155 800-433-4358 |
| Bank Of America Individual / Applicant XXXXXX61 Account is: Closed, Account Closed By Grantor | $16,950 | $18,200 | 10/2002 6/6/2008 | $396 Revolving 4/14/2008 $792 | Bank of America Attn: Bankruptcy NC4-105-02-99, PO Box 26012 Greensboro, NC 27410 888-702-1161 Verified: 2-2008 | 4060 Ogletown/stanton Rd Newark, DE 19713 800-421-2114 |
| Amex Individual / Applicant XXXXXX0523 Account is: Open, | $11,097 | $16,716 | 3/2000 6/8/2008 | $332 Revolving 4/12/2008 $0 | American Express c/o Becket and Lee, PO Box 3001 Malvern, PA 19355 800-700-7619 Verified: 2-2008 | P.O. Box 981537 El Paso, TX 79998 800-874-2717 |
| Us Bank/na Nd Individual / Applicant XXXXXX5175 Account is: Open, | $9,766 | $9,766 | 10/2007 5/30/2008 | $359 Revolving 2/28/2008 $232 | | 4325 17th Ave S Fargo, ND 58125 866-234-4750 |
| Thd/cbsd Undesignated / Co-Applicant XXXXXX1127 Account is: Closed, Account Closed By Grantor | $6,142 | $15,391 | 2/2006 6/12/2008 | $180 Revolving 4/9/2008 $394 | Citibank Usa Attn.: Centralized Bankruptcy, PO Box 20507 Kansas City, MO 64195 888-456-0935 Verified: 2-2008 | Ccs Gray Ops Center Sioux Falls, SD 57117 800-677-0232 |
| Citi Undesignated / Co-Applicant XXXXXX5891 Account is: Closed, Account Closed By Grantor | $5,454 | $5,300 | 10/2007 6/17/2008 | $215 Revolving 3/20/2008 $635 | Citibank Attention: Bankruptcy, PO Box 20507 Kansas City, MO 64915 800-846-8444 Verified: 1-1 | Po Box 6241 Sioux Falls, SD 57117 800-843-0777 |

Consumer Liability
**Report Prepared By:**

CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
|---|---|
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| Report Number: | 856281 |
|---|---|
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities with Balances

18 Account(s) with balances

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Bank Of America<br>Undesignated / Co-Applicant<br>XXXXXX8112<br>Account is: Open, | $3,482 | $3,500 | 10/2007<br>6/6/2008 | $119<br>Revolving<br>4/14/2008<br>$230 | Bank of America<br>Attn: Bankruptcy NC4-105-02-99, PO Box 26012<br>Greensboro, NC 27410<br>888-702-1161<br>Verified: 2-2008 | 4060 Ogletown/stanton Rd<br>Newark, DE 19713<br>800-421-2110 |
| Thd/cbsd<br>Individual / Applicant<br>XXXXXX9113<br>Account is: Closed, Account Closed By Grantor | $1,881 | $24,960 | 9/2000<br>6/11/2008 | $102<br>Revolving<br>4/9/2008<br>$212 | Citibank Usa<br>Attn.: Centralized Bankruptcy, PO Box 20507<br>Kansas City, MO 64195<br>888-456-0935<br>Verified: 2-2008 | Ccs Gray Ops Center<br>Sioux Falls, SD 57117<br>800-677-0232 |
| Gemb/banana Rep<br>Individual / Applicant<br>XXXXXX4021<br>Account is: Open, | $461 | $1,200 | 4/2001<br>6/9/2008 | $24<br>Revolving<br>5/30/2008<br>$0 | Gemb/banana Rep<br>PO Box 103104<br>Roswell, GA 30076<br>800-480-2140<br>Verified: 2-2008 | P.O. Box 981400<br>El Paso, TX 79998<br>800-234-7455 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX8018<br>Account is: Open, | $48 | $0 | 1/2003<br>6/18/2008 | $0<br>Open<br>6/13/2008<br>$0 | Nicor Gas<br>Attention: Bankruptcy Department, 1844 Ferry Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |

## Liabilities without Balances

71 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Countrywide Home Loans<br>Individual / Applicant<br>XXXXXX5518<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $327,750 | 1/2003<br>11/28/2003 | $2,974<br>Mortgage<br>11/1/2003 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX0642<br>Account is: Closed, Account Closed | $0 | $325,200 | 4/2004<br>9/30/2005 | $3,177<br>Mortgage<br>9/1/2005 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |

**Consumer Liability**
**Report Prepared By:**

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

C R E D I T  I N F O N E T

| General Information | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

| Liabilities without Balances | | | | | 71 Account(s) without a balance | |
|---|---|---|---|---|---|---|
| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX0072<br>Account is: Closed, Account Closed | $0 | $310,400 | 11/2004<br>7/31/2005 | $2,064<br>Mortgage<br>7/1/2005 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Amc Mortgage Services<br>Individual / Applicant<br>XXXXXX3373<br>Account is: Closed, Account Closed | $0 | $215,100 | 11/2003<br>12/1/2004 | $1,523<br>Mortgage<br>12/1/2004 | AMC Mortgage Services<br>PO Box 769<br>Santa Ana, CA 92866<br>714-634-2474<br>Verified: 2-2008 | 10801 6th St<br>Rancho Cucamonga, CA 91730<br>909-484-2952 |
| Citimortgage Inc<br>Undesignated / Co-Applicant<br>XXXXXX0903<br>Account is: Closed, Account Closed | $0 | $156,750 | 9/2003<br>8/5/2004 | $1,097<br>Mortgage<br>8/1/2004 | Citi Mortgage Inc<br>Attention: Bankruptcy<br>Department, PO Box<br>79022, MS322<br>St. Louis, MO 63179<br>800-231-1736<br>Verified: 1-1 | Po Box 9438<br>Gaithersburg, MD 20898<br>800-283-7918 |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX2975<br>Account is: Closed, Account Closed | $0 | $119,920 | 8/2004<br>2/28/2005 | $773<br>Mortgage<br>2/1/2005 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Washington Mutual Fa<br>Undesignated / Co-Applicant<br>XXXXXX6614<br>Account is: Closed, Account Closed | $0 | $100,000 | 8/2001<br>7/5/2003 | $1,099<br>Mortgage<br>7/1/2003 | Washington Mutual Mortgage<br>Attention: Bankruptcy<br>Dept. JAXA 2035, 7255<br>Bay Meadows Way<br>Jacksonville, FL 32256<br>866-244-1374<br>Verified: 1-1 | Po Box 1093<br>Northridge, CA 91328<br>800-282-4840 |
| Citimortgage Inc<br>Undesignated / Co-Applicant<br>XXXXXX0900<br>Account is: Closed, Account Closed | $0 | $97,000 | 9/2000<br>9/3/2001 | $920<br>Mortgage<br>9/1/2001 | Citi Mortgage Inc<br>Attention: Bankruptcy<br>Department, PO Box<br>79022, MS322<br>St. Louis, MO 63179<br>800-231-1736<br>Verified: 1-1 | Po Box 9438<br>Gaithersburg, MD 20898<br>800-283-7918 |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX9382<br>Account is: Closed, Account Closed | $0 | $91,920 | 12/2003<br>5/31/2005 | $612<br>Mortgage<br>5/1/2005 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |

Consumer Liability
Report Prepared By:

Page 6 of 15

CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | Pawel Posorski XXX-XX-4727 | **Report Number:** | 856281 |
| **Co Applicant Name & SSN:** | Ewa Posorski XXX-XX-2549 | **Client Code & CLR Type:** | A13123 - CLR 3 Source Joint |
| **Primary Address:** | 210 Park Lane, Roselle, IL 60172 | **Completed On:** | 6/30/2008 |

## Liabilities without Balances

**71 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| National City Bank<br>Individual / Applicant<br>XXXXXX2981<br>Account is Closed, PURCHASED BY ANOTHER LENDER | $0 | $73,173 | 5/2005<br>2/11/2008 | $0<br>Credit Line<br>1/15/2008 | | 55th And Holmes<br>Clarendon Hill, IL 60514<br>630-420-1001 |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX8918<br>Account is Closed, Account Closed | $0 | $70,600 | 11/2003<br>9/30/2005 | $0<br>Revolving<br>9/1/2005 | Countrywide Home Lending<br>Attention: Bankruptcy<br>SV-314B, PO Box 5170<br>Simi Valley, CA 93062<br>800-669-5224<br>Verified: 2-2008 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| E Trade/sst<br>Undesignated / Co-Applicant<br>XXXXXX7934<br>Account is Closed, Account Closed | $0 | $30,000 | 11/2000<br>8/31/2005 | $609<br>Installment<br>12/10/2003 | | 4315 Pickett Rd<br>Saint Joseph, MO 64503<br>816-671-2966 |
| Paragon Acceptance Cor<br>Undesignated / Co-Applicant<br>XXXXXX0001<br>Account is Closed, Account Closed | $0 | $30,000 | 11/2000<br>3/31/2002 | $609<br>Installment<br>3/1/2002 | | 200 S Hanley Rd Fl 800<br>Saint Louis, MO 63105<br>949-348-8700 |
| Chase Auto<br>Individual / Applicant<br>XXXXXX7407<br>Account is Closed, Account Closed | $0 | $18,280 | 10/2001<br>12/31/2003 | $374<br>Installment<br>12/1/2003 | Chase<br>201 N Central Ave, Floor 11<br>Phoenix, AZ 85004<br>800-592-9861<br>Verified: 1-1 | Po Box 961081<br>Fort Worth, TX 76161<br>800-777-8837 |
| Gemb/abt Tv<br>Undesignated / Co-Applicant<br>XXXXXX0082<br>Account is: Open, | $0 | $18,000 | 6/2003<br>6/3/2008 | $291<br>Revolving<br>11/7/2007 | | Po Box 981439<br>El Paso, TX 79998<br>866-396-8254 |
| Chase<br>Undesignated / Co-Applicant<br>XXXXXX5005<br>Account is Closed, Account Closed By Consumer | $0 | $16,500 | 3/2003<br>11/2/2005 | $0<br>Revolving<br>6/25/2004 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 800 Brooksedge Blvd<br>Westerville, OH 43081<br>800-955-9900 |
| Unvl/citi<br>Individual / Applicant<br>XXXXXX6937<br>Account is: Open, | $0 | $13,000 | 3/2004<br>6/5/2008 | $0<br>Revolving<br>12/20/2004 | Unvl/citi<br>PO Box 20507<br>Kansas City, MO 64195<br>800-982-5195<br>Verified: 2-2008 | Po Box 6241<br>Sioux Falls, SD 57117<br>904-954-7500 |
| Chase<br>Individual / Applicant<br>XXXXXX0827<br>Account is Closed, Account Closed By Consumer | $0 | $23,000 | 6/2002<br>11/15/2005 | $0<br>Revolving<br>8/2/2005 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 201 N Walnut Street<br>Wilmington, DE 19801<br>800-955-9900 |

Consumer Liability
Report Prepared By:

CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | | | |
|---|---|---|---|
| Applicant Name & SSN: | Pawel Posorski XXX-XX-4727 | Report Number: | 856281 |
| Co Applicant Name & SSN: | Ewa Posorski XXX-XX-2549 | Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 | Completed On: | 6/30/2008 |

## Liabilities without Balances

71 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| First Usa Bank Undesignated / Co-Applicant XXXXXX1029 Account is: Closed, Account Closed By Consumer | $0 | $15,600 | 6/2002 5/28/2004 | $0 Revolving 5/1/2004 | | Po Box 8650 Wilmington, DE 19899 800-955-8010 |
| Unvl/citl Undesignated / Co-Applicant XXXXXX3262 Account is: Closed, Account Closed By Consumer | $0 | $9,600 | 6/2004 4/4/2005 | $0 Revolving 12/15/2004 | Unvl/citi PO Box 20507 Kansas City, MO 64195 800-982-5195 Verified: 2-2008 | Po Box 6241 Sioux Falls, SD 57117 904-954-7500 |
| Wash Mutual/providian Individual / Applicant XXXXXX5780 Account is: Closed, Account Closed By Consumer | $0 | $12,500 | 10/2002 12/24/2004 | $0 Revolving 12/1/2004 | Washington Mutual / Providian Attn: Bankruptcy Dept., PO Box 10467 Greenville, SC 29603 866-464-1181 Verified: 2-2008 | Po Box 9180 Pleasanton, CA 94588 800-356-0011 |
| Firstar Bank Joint Participating / Applicant XXXXXX6174 Account is: Closed, Account Closed | $0 | $5,000 | 5/1998 5/1/2000 | $0 Installment 5/1/2000 | | Po Box 1038 Cincinnati, OH 45201 866-234-4750 |
| Ri Bank Joint Contractual Liability / Applicant XXXXXX0001 Account is: Open, Transferred | $0 | $5,000 | 5/1998 11/1/1998 | $233 Installment 10/1/1998 | | Pob 4870 Rock Island, IL 61204 309-794-1120 |
| Firstar Consumer Loan Comaker / Applicant XXXXXX0001 Account is: Open, Transferred | $0 | $5,000 | 5/1998 3/31/2000 | $233 Installment 3/1/1999 | | Po Box 3634 Rock Island, IL 61204 309-764-6660 |
| Hsbc Bank Individual / Applicant XXXXXX0880 Account is: Closed, Account Closed By Consumer | $0 | $5,000 | 3/2002 4/30/2004 | $0 Revolving 11/30/2002 | | Po Box 5253 Carol Stream, IL 60197 800-477-6000 |
| Sm Servicing Undesignated / Co-Applicant XXXXXX101K Account is: Closed, Account Closed | $0 | $3,500 | 8/1999 4/1/2000 | $0 Installment 4/1/2000 | Sallie Mae Servicing PO Box 9500 Wilkes Barre, PA 18773 888-272-5543 Verified: 2-2008 | 1.75/min 8 15 To 4 Lawrence, KS 66044 900-555-7562 |
| Sallie Mae Undesignated / Co-Applicant XXXXXX101F Account is: Closed, Account Closed | $0 | $3,500 | 6/2000 6/30/2003 | $50 Installment 6/17/2003 | Sallie Mae 3rd Pty Lsc Attn: Claims Dept, PO Box 9400 Wilkes Barre, PA 18773 800-251-4127 Verified: 2-2008 | Po Box 9500 Wilkes Barre, PA 18773 800-835-4611 |



C R E D I T   I N F O N E T

Consumer Liability
Report Prepared By:

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities without Balances — 71 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| First Usa Bank N A<br>Individual / Applicant<br>XXXXXX2252<br>Account is: Closed, Account Closed By Consumer | $0 | $3,000 | 1/1999<br>5/1/2000 | $0<br>Revolving<br>5/1/2000 | First USA Bank - Chase<br>Attention: Customer Service, PO Box 94014<br>Palatine, IL 60094<br>888-456-0935<br>Verified: 1-1 | 1001 Jefferson Plaza<br>Wilmington, DE 19701<br>800-955-9900 |
| First Usa Bank N A<br>Individual / Applicant<br>XXXXXX7054<br>Account is: Closed, Account Closed By Consumer | $0 | $5,500 | 12/2000<br>12/3/2001 | $0<br>Revolving<br>12/1/2001 | First USA Bank - Chase<br>Attention: Customer Service, PO Box 94014<br>Palatine, IL 60094<br>888-456-0935<br>Verified: 2-2008 | 1001 Jefferson Plaza<br>Wilmington, DE 19701<br>800-955-9900 |
| Us Dept Of Education<br>Undesignated / Co-Applicant<br>XXXXXX5491<br>Account is: Closed, Account Closed | $0 | $2,750 | 10/2000<br>11/30/2002 | $50<br>Installment<br>11/1/2002 | Us Dept Of Education<br>Attn: Borrowers Service Dept, PO Box 5609<br>Greenville, TX 75403<br>800-848-0979<br>Verified: 2-2008 | 501 Bleecker St<br>Utica, NY 13501<br>800-848-0979 |
| Abt Tv/gemb<br>Undesignated / Co-Applicant<br>XXXXXX0034<br>Account is: Closed, Account Closed By Consumer | $0 | $6,000 | 6/2003<br>6/3/2008 | $0<br>Revolving<br>10/21/2007 | | Po Box 981439<br>El Paso, TX 79998<br>866-396-8254 |
| Bac/fleet-bkcard<br>Individual / Applicant<br>XXXXXX1121<br>Account is: Closed, Account Closed By Consumer | $0 | $4,000 | 8/2000<br>11/12/2002 | $0<br>Revolving<br>11/1/2002 | Bac / Fleet Bankcard<br>PO Box 26012<br>Greensboro, NC 27420<br>888-702-1161<br>Verified: 1-1 | 300 Wakefield Dr<br>Newark, DE 19702<br>302-791-4400 |
| Unvl/citi<br>Undesignated / Co-Applicant<br>XXXXXX0123<br>Account is: Closed, Account Closed By Consumer | $0 | $6,300 | 12/1997<br>12/31/2001 | $0<br>Revolving<br>10/1/2001 | Unvl/citi<br>PO Box 20507<br>Kansas City, MO 64195<br>800-982-5195<br>Verified: 2-2008 | Po Box 6241<br>Sioux Falls, SD 57117<br>904-954-7500 |
| Discover Fin Svcs Llc<br>Undesignated / Co-Applicant<br>XXXXXX5018<br>Account is: Closed, Account Closed By Consumer | $0 | $7,500 | 4/1999<br>5/13/2005 | $0<br>Revolving<br>6/24/2002 | Discover Financial<br>Attention: Bankruptcy Department, PO Box 3025<br>New Albany, OH 43054<br>866-323-5215<br>Verified: 2-2008 | Po Box 15316<br>Wilmington, DE 19850<br>830-334-8977 |
| First Usa Bank<br>Undesignated / Co-Applicant<br>XXXXXX2076<br>Account is: Closed, Account Closed By Consumer | $0 | $1,373 | 6/2002<br>2/28/2003 | $0<br>Revolving<br>2/1/2003 | | 2500 Westfield Rd<br>Elgin, IL 60123<br>800-955-8010 |

Consumer Liability

**Report Prepared By:**

C R E D I T  I N F O N E T

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

### General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

### Liabilities without Balances

**71 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Cap One<br>Individual / Applicant<br>XXXXXX7195<br>Account is: Closed, Account Closed By Consumer | $0 | $1,243 | 12/1998<br>4/14/2002 | $0<br>Revolving<br>4/1/2002 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management, PO Box 5155<br>Norcross, GA 30091<br>800-209-9161<br>Verified: 1-1 | Pob 30281<br>Salt Lake City, UT 84130<br>800-955-7070 |
| Hsbc/bsbuy<br>Undesignated / Co-Applicant<br>XXXXXX0933<br>Account is: Closed, Account Closed By Consumer | $0 | $1,600 | 12/2001<br>11/20/2002 | $0<br>Revolving<br>10/31/2002 | | Po Box 15519<br>Wilmington, DE 19850<br>302-327-2000 |
| Hsbc/bstby<br>Individual / Applicant<br>XXXXXX0813<br>Account is: Open, | $0 | $2,500 | 1/2003<br>1/18/2005 | $0<br>Revolving<br>10/29/2003 | | Po Box 15519<br>Wilmington, DE 19850<br>302-327-2000 |
| Consecofin<br>Individual / Applicant<br>XXXXXX9829<br>Account is: Closed, Account Closed | $0 | $3,500 | 9/2000<br>3/1/2003 | $0<br>Revolving<br>7/1/2001 | Conseco Finance<br>PO Box 6154<br>Rapid City, SD 57709<br>888-298-7785<br>Verified: 2-2008 | Po Box 981439<br>El Paso, TX 79998<br>866-396-8254 |
| Gemb/jcp<br>Individual / Applicant<br>XXXXXX0181<br>Account is: Closed, Account Closed | $0 | $200 | 12/1997<br>10/28/2004 | $0<br>Revolving<br>5/1/1998 | JC Penney<br>Attention: Bankruptcy Department, PO Box 103106<br>Roswell, GA 30076<br>800-480-2140<br>Verified: 2-2008 | Po Box 984100<br>El Paso, TX 79998<br>800-542-0800 |
| Wfnnb/pottery Barn<br>Individual / Applicant<br>XXXXXX0129<br>Account is: Closed, Account Closed By Consumer | $0 | $1,200 | 11/2002<br>1/15/2003 | $0<br>Revolving<br>12/30/2002 | | Po Box 182273<br>Columbus, OH 43218<br>866-234-2029 |
| Chase-pier<br>Individual / Applicant<br>XXXXXX6906<br>Account is: Open, | $0 | $500 | 11/1998<br>5/27/2004 | $0<br>Revolving<br>12/17/1998 | Pier 1/NB<br>Attn: Correspondence, PO Box 15298<br>Wilmington, DE 19850<br>888-577-7056<br>Verified: 2-2008 | 800 Brooksedge Blvd<br>Westerville, OH 43081<br>800-955-9900 |
| Tnb-target<br>Undesignated / Co-Applicant<br>XXXXXX9540<br>Account is: Closed, Account Closed By Consumer | $0 | $700 | 4/2001<br>10/13/2005 | $0<br>Revolving<br>5/2/2001 | Target<br>PO Box 9475<br>Minneapolis, MN 55459<br>866-474-4680<br>Verified: 2-2008 | 3701 Wayzata Blvd<br>Minneapolis, MN 55416<br>800-659-2396 |

Consumer Liability
**Report Prepared By:**

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

CREDIT INFONET

### General Information

| | |
|---|---|
| **Applicant Name & SSN:** | Pawel Posorski  XXX-XX-4727 |
| **Co Applicant Name & SSN:** | Ewa Posorski  XXX-XX-2549 |
| **Primary Address:** | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| **Report Number:** | 856281 |
| **Client Code & CLR Type:** | A13123 - CLR 3 Source Joint |
| **Completed On:** | 6/30/2008 |

### Liabilities without Balances — 71 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Chase Na<br>Undesignated / Co-Applicant<br>XXXXXX1400<br>Account is: Closed, Account Closed By Consumer | $0 | $3,000 | 2/1999<br>8/26/2003 | $0<br>Revolving<br>8/1/2003 | Chase Na<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 1-1 | 800 Brooksedge Blv<br>Westerville, OH 43081<br>800-945-2006 |
| Nbgl Carsons<br>Undesignated / Co-Applicant<br>XXXXXX3301<br>Account is: Closed, Account Closed By Consumer | $0 | $87 | 10/2000<br>9/27/2004 | $0<br>Revolving<br>9/4/2001 | | Pob 15521<br>Wilmington, DE 19805<br>800-695-6950 |
| Assoc/citi<br>Individual / Applicant<br>XXXXXX3033<br>Account is: Closed, Account Closed By Consumer | $0 | $1,200 | 3/1998<br>8/1/2000 | $0<br>Revolving<br>5/1/2000 | Associates/citibank<br>Attn: Centralized<br>Bankruptcy, PO Box<br>20507<br>Kansas City, MO 64195<br>866-244-1374<br>Verified: 2-2008 | P O Box 6003<br>Hagerstown, MD 21742<br>800-533-5600 |
| Rnb-fields3<br>Undesignated / Co-Applicant<br>XXXXXX9332<br>Account is: Closed, Account Closed By Consumer | $0 | $500 | 6/2000<br>7/30/2004 | $0<br>Revolving<br>7/31/2000 | Rnb-fields3<br>Attn.: Bankruptcy, 6356<br>Corley Rd<br>Norcross, GA 30071<br>317-469-2254<br>Verified: 2-2008 | Po Box 9475<br>Minneapolis, MN 55440<br>317-469-2254 |
| Wfnnb/victorias Secret<br>Undesignated / Co-Applicant<br>XXXXXX2276<br>Account is: Closed, Account Closed By Consumer | $0 | $500 | 10/1998<br>11/15/2002 | $0<br>Revolving<br>6/30/2002 | Victoria's Secret<br>PO Box 182125<br>Columbus, OH 43218<br>800-695-4902<br>Verified: 2-2008 | Po Box 182128<br>Columbus, OH 43218<br>614-523-5155 |
| Assoc/citi<br>Individual / Applicant<br>XXXXXX6581<br>Account is: Closed, Account Closed By Consumer | $0 | $500 | 9/1998<br>3/1/1999 | $0<br>Revolving<br>11/1/1998 | Associates/citibank<br>Attn: Centralized<br>Bankruptcy, PO Box<br>20507<br>Kansas City, MO 64195<br>866-244-1374<br>Verified: 2-2008 | P O Box 6003<br>Hagerstown, MD 21742<br>800-533-5600 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX3104<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 8/2004<br>4/2/2005 | $0<br>Open<br>2/3/2005 | Nicor Gas<br>Attention: Bankruptcy<br>Department, 1844 Ferry<br>Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |
| Citi<br>Individual / Applicant<br>XXXXXX9894<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 11/1999<br>12/31/1999 | $0<br>Revolving<br>11/1/1999 | Citibank<br>Attention: Bankruptcy,<br>PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | Po Box 6241<br>Sioux Falls, SD 57117<br>800-843-0777 |

**C R E D I T   I N F O N E T**

Consumer Liability
Report Prepared By:

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities without Balances

**71 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Chase<br>Individual / Applicant<br>XXXXXX3801<br>Account is: Closed, Account Closed By Grantor | $0 | $10,000 | 7/2007<br>6/11/2008 | $0<br>Revolving<br>6/1/2008 | Chase<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 201 N Walnut Street<br>Wilmington, DE 19801<br>800-955-9900 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX1303<br>Account is: Closed, Account Closed | $0 | $0 | 11/2003<br>8/13/2005 | $0<br>Open<br>7/11/2005 | Nicor Gas<br>Attention: Bankruptcy Department, 1844 Ferry Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX6200<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 9/2000<br>7/1/2003 | $0<br>Open<br>5/1/2003 | Nicor Gas<br>Attention: Bankruptcy Department, 1844 Ferry Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |
| Wfnnb/pottery Barn<br>Undesignated / Co-Applicant<br>XXXXXX1202<br>Account is: Closed, Account Closed By Consumer | $0 | $1,800 | 10/2002<br>11/14/2002 | $0<br>Revolving<br>10/1/2002 | | Po Box 182273<br>Columbus, OH 43218<br>866-234-2029 |
| Chase/cc<br>Individual / Applicant<br>XXXXXX0695<br>Account is: Closed, Account Closed By Consumer | $0 | $6,500 | 7/2003<br>1/12/2007 | $0<br>Revolving<br>1/1/2007 | Chase - Cc<br>Attention: Bankruptcy Department, PO Box 15298<br>Wilmington, DE 19850<br>800-356-5555<br>Verified: 2-2008 | 225 Chastain Meadows Ct<br>Kennesaw, GA 30144<br>770-792-4600 |
| Citi<br>Authorized User / Applicant<br>XXXXXX2233<br>Account is: Closed, Account Closed By Consumer | $0 | $8,500 | 2/1998<br>4/30/2000 | $0<br>Revolving<br>12/31/1999 | Citibank<br>Attention: Bankruptcy, PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | P.o. Box 6500<br>Sioux Falls, SD 57117<br>800-950-5114 |
| Firstar Bank N.a.<br>Comaker / Applicant<br>XXXXXX0001<br>Account is: Closed, Account Closed | $0 | $5,000 | 5/1998<br>2/28/1999 | $0<br>Installment<br>1/1/1999 | | Po Box 9209<br>Des Moines, IA 50306<br>515-222-6420 |
| Gemb/jc Penney Dc<br>Individual / Applicant<br>XXXXXX0282<br>Account is: Open, | $0 | $500 | 9/2004<br>6/27/2008 | $0<br>Revolving<br>5/1/2008 | GE Mongram Bank / JC Penney Dc<br>Attn: Bankruptcy, PO Box 103104<br>Roswell, GA 30076<br>800-542-0800<br>Verified: 2-2008 | Po Box 981400<br>El Paso, TX 79998<br>800-542-0800 |

Consumer Liability
Report Prepared By:

CREDIT INFONET

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities without Balances — 71 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Citi<br>Individual / Applicant<br>XXXXXX1566<br>Account is: Open, | $0 | $7,000 | 9/2006<br>6/17/2008 | $20<br>Revolving<br>1/1/2008 | Citibank<br>Attention: Bankruptcy,<br>PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | Po Box 6241<br>Sioux Falls, SD 57117<br>800-843-0777 |
| Citi<br>Undesignated / Co-Applicant<br>XXXXXX1961<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 12/1998<br>4/30/1999 | $0<br>Revolving<br>2/1/1999 | Citibank<br>Attention: Bankruptcy,<br>PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | P.O. Box 6500<br>Sioux Falls, SD 57117<br>800-950-5114 |
| Countrywide Home Loans<br>Joint Contractual Liability / Applicant<br>XXXXXX8686<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $322,700 | 11/2003<br>4/30/2004 | $0<br>Mortgage<br>3/1/2004 | | 450 American St<br>Simi Valley, CA 93065<br>800-440-3002 |
| Discover Fin Svcs Llc<br>Individual / Applicant<br>XXXXXX6062<br>Account is: Closed, Account Closed By Consumer | $0 | $1,200 | 8/1999<br>10/25/2002 | $0<br>Revolving<br>10/1/2002 | Discover Financial<br>Attention: Bankruptcy<br>Department, PO Box 3025<br>New Albany, OH 43054<br>866-323-5215<br>Verified: 2-2008 | Po Box 15316<br>Wilmington, DE 19850<br>830-334-8977 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX8004<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 6/2004<br>8/14/2004 | $0<br>Open<br>7/30/2004 | Nicor Gas<br>Attention: Bankruptcy Department, 1844 Ferry Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |
| Nicor Gas<br>Individual / Applicant<br>XXXXXX8803<br>Account is: Closed, Account Closed By Consumer | $0 | $0 | 9/2003<br>11/8/2003 | $0<br>Open<br>10/24/2003 | Nicor Gas<br>Attention: Bankruptcy Department, 1844 Ferry Road<br>Naperville, IL 60507<br>630-305-9500<br>Verified: 2-2008 | 1844 Ferry Road<br>Naperville, IL 60563<br>630-305-9500 |
| Sallie Mae Servicing<br>Undesignated / Co-Applicant<br>XXXXXX1016<br>Account is: Closed, Account Closed | $0 | $3,500 | 6/2000<br>7/30/2003 | $0<br>Installment<br>7/1/2003 | | 1002 Arthur Dr<br>Lynn Haven, FL 32444<br>850-767-7000 |
| Student Loan Mkt Assn<br>Undesignated / Co-Applicant<br>XXXXXX1012<br>Account is: Closed, Account Closed | $0 | $3,500 | 8/1999<br>4/30/2000 | $0<br>Installment<br>3/1/2000 | Student Loan Mkt Assn<br>Attention: Bankruptcy Litigation Department<br>E3149, PO Box 6180<br>Indianapolis, IN 46206<br>888-272-5543<br>Verified: 1-1 | 2000 Bluffs Dr<br>Lawrence, KS 66044<br>785-841-0234 |



C R E D I T  I N F O N E T

Consumer Liability
Report Prepared By:

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | |
|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 |

| | |
|---|---|
| Report Number: | 856281 |
| Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Completed On: | 6/30/2008 |

## Liabilities without Balances

**71 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Helzbergcbsd<br>Individual / Applicant<br>XXXXXX9485<br>Account is: Closed, Account Closed By Consumer | $0 | $1,500 | 12/1999<br>5/7/2004 | $0<br>Revolving<br>5/1/2004 | | Po Box 6497<br>Sioux Falls, SD 57117 |
| Citi<br>Individual / Applicant<br>XXXXXX5728<br>Account is: Closed, Account Closed By Consumer | $0 | $5,200 | 6/2001<br>3/31/2002 | $0<br>Revolving<br>12/10/2001 | Citibank<br>Attention:  Bankruptcy,<br>PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | Po Box 6241<br>Sioux Falls, SD 57117<br>800-843-0777 |
| Citi<br>Undesignated / Co-Applicant<br>XXXXXX3501<br>Account is: Closed, Account Closed By Consumer | $0 | $12,600 | 6/2001<br>12/18/2003 | $0<br>Revolving<br>10/30/2003 | Citibank<br>Attention:  Bankruptcy,<br>PO Box 20507<br>Kansas City, MO 64915<br>800-846-8444<br>Verified: 1-1 | Po Box 6241<br>Sioux Falls, SD 57117<br>800-843-0777 |
| Chase Na<br>Individual / Applicant<br>XXXXXX8040<br>Account is: Closed, Account Closed By Consumer | $0 | $8,900 | 6/2001<br>12/11/2003 | $0<br>Revolving<br>11/1/2003 | Chase Na<br>Attn: Bankruptcy Dept,<br>PO Box 100018<br>Kennesaw, GA 30156<br>800-677-4339<br>Verified: 2-2008 | 800 Brooksedge Blv<br>Westerville, OH 43081<br>800-945-2006 |

## Public Records

**0 Public Record(s)**

| Court | Disposition | Date Filed | Obligation | Judgement | Docket | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|

## Address Variations

| | |
|---|---|
| Reported: Different Address | 210 PARK LN, ROSELLE, IL 601721532,Rptd:11/2007 |
| Reported: Different Address | 37 S ROSELLE RD, ROSELLE, IL 601722027,Rptd:06/2005 |
| Reported: Different Address | 534 YOSEMITE CT, ROSELLE, IL 601721212,Rptd:09/2003 |
| Reported: Different Address | 210 PARK LN, ROSELLE, IL 601721532,Rptd:10/2007 |
| Reported: Different Address | 37 S ROSELLE RD, ROSELLE, IL 601722027,Rptd:06/2005 |
| Reported: Different Address | 35 TERRY DR APT A, ROSELLE, IL 601724301,Rptd:02/2003 |
| Reported: Different Address | 210 PARK LN, ROSELLE, IL 60172,Rptd:04/01/2003 |
| Reported: Different Address | 534 YOSEMITE CT, ROSELLE, IL 60172,Rptd: |

CREDIT INFONET

**Consumer Liability
Report Prepared By:**

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

## General Information

| | | | |
|---|---|---|---|
| Applicant Name & SSN: | Pawel Posorski  XXX-XX-4727 | Report Number: | 856281 |
| Co Applicant Name & SSN: | Ewa Posorski  XXX-XX-2549 | Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 | Completed On: | 6/30/2008 |

## Address Variations

| | |
|---|---|
| Reported: Different Address | 37 S ROSELLE RD, ROSELLE, IL, 60172,Rptd: |
| Reported: Different Address | 210 PARK LN, ROSELLE, IL 60172,Rptd:05/31/2005 |
| Reported: Different Address | 37 S ROSELLE RD, ROSELLE, IL, 60172,Rptd:02/01/2003 |
| Reported: Different Address | 534 YOSEMITE CT, ROSELLE, IL 60172,Rptd: |

## Employment Variations

| | |
|---|---|
| Reported: Different Employment | MONARCH CAR WASH,ELK GROVE VILLAGE IL, ,Rptd:07/1997 |
| Reported: Different Employment | DRS MARSZALEK,CHICAGO IL, ,Rptd:07/1997 |
| Reported: Different Employment | DOCTORS MARSZALEK,Rptd:06/1996 |
| Reported: Different Employment | POSPOL ESSENCE OF EUROPE,Rptd:11/03/2006 |
| Reported: Different Employment | SEL,Rptd:05/06/2005 |
| Reported: Different Employment | DR MARSZALEK,Rptd:05/01/1997 |

## Recent Inquiries Into Applicant's Credit

| Company Making Inquiry | Date of Inquiry | Applicant Inquired Upon | Result of Inquiry |
|---|---|---|---|
| G C SERVICES | 2008-6-19 | Applicant | Unknown |
| NATIONWIDE CREDIT INC | 2008-6-11 | Co-Applicant | Unknown |

## 8 Year Supplemental National Bankruptcy Search
**0 National Bankruptcy Search Record(s)**

| Court | Disposition | Date Filed | Obligation | Judgement | Docket | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|

## CIN Legal Data Services' myHorizon™ Credit Score

Consumer Liability

**Report Prepared By:**

Page 15 of 15

C R E D I T   I N F O N E T

Credit Infonet Inc.
4540 Honeywell Ct.
Dayton, Ohio 45424

866.218.1003 (p)
866.307.1003 (f)

| General Information | | | |
|---|---|---|---|
| Applicant Name & SSN: | Pawel Posorski XXX-XX-4727 | Report Number: | 856281 |
| Co Applicant Name & SSN: | Ewa Posorski XXX-XX-2549 | Client Code & CLR Type: | A13123 - CLR 3 Source Joint |
| Primary Address: | 210 Park Lane, Roselle, IL 60172 | Completed On: | 6/30/2008 |

* CIN Legal Data Services myHorizon Credit Score, powered by CreditXpert, simulates changes to the credit file to calculate the potential score impact of a Chapter 7 bankruptcy filing. It simulates filing the Chapter 7 bankruptcy immediately, followed 3 months later by discharge of all debt other than student loans and mortgages. It also simulates opening a revolving credit card with a $500 credit limit 2 months after discharge, and then maintaining a balance of $300 on that card for 10 months. The final score is calculated 15 months from now (one year after the bankruptcy discharge). myHorizon assumes that monthly payments will be made on time for mortgages and student loans, and that zero-balance credit accounts will be closed by creditors at the time of discharge. Accounts last reported 4 or more months ago are not included in the bankruptcy filing unless they are derogatory accounts.

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert Inc. And its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

Copyright © 2000-2007 CreditXpert Inc. All rights reserved. CreditXpert® is a registered trademark of CreditXpert Inc. The CreditXpert logo is a trademark of CreditXpert Inc.

REPORT FOOTNOTES:

1 - Monthly Payment Amounts Include Minimum Monthly Payments on Accounts with Outstanding Balances That May Have Recently Been Frozen or Closed by the Original Credit Grantor.

2 - Credit Infonet's Bankruptcy Department Name & Address Notations List Information Was Obtained via Telephone From The Current Creditor by Credit Infonet Staff. Information Verified by Credit Infonet Staff Was Provided by the Creditor As of The "Date Verified" Date Listed Within Each Trade Name and Address Listing. Please note, BAPCPA Language Regarding the Noticing of Creditors May Dictate the Use of a Different Address.

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.

Date: _____          By     _____

Name   _____

Title    _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.


Date: _____          By      _____

                                       Name   _____

                                       Title   _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Pawel Posorski**
      **Ewa Posorski**
                                              Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Ewa Posorski**
                     **Ewa Posorski**

Date:    **July 19, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pawel Posorski,**
       **Ewa Posorski**

                               ,
                         Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 444,000.00 | | |
| B - Personal Property | Yes | 4 | 44,748.67 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 816,030.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 15,762.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,021,929.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,341.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,512.15 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 488,748.67 | | |
| Total Liabilities | | | | 1,853,722.64 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pawel Posorski,**
     **Ewa Posorski**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Pawel Posorski,**                                              Case No. _____
         **Ewa Posorski**

_____ ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **210 Park Lane, Roselle, IL 60172** | **Joint tenant** | **J** | **444,000.00** | **781,195.40** |

|  | Sub-Total > | **444,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **444,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Pawel Posorski,**                                      Case No. _____
        **Ewa Posorski**
                                                        ,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Chartered Bank, checking account #3186920** | J | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture (2000), tv (500) and computer (500)** | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures and CDs** | J | 500.00 |
| 6.  Wearing apparel. | | **Clothing of both debtors** | J | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Polish National Alliance of the U.S. of N.A., Life Insurance** | J | 1,403.67 |
| | | **Lincoln Benefit Life Company, Life Insurance Policy # 01T1712587** | W | Unknown |
| | | **Lincoln Benefit Life Company, Life Insurance Policy # 01T1710532** | H | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 5,603.67 |
|---|---|---|---|
|  |  | (Total of this page) |  |

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Pawel Posorski,**                                                    Case No. _____
          **Ewa Posorski**
                                                                    ,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% ownership interest in Pospol Corporation, d/b/a Essence of Europe.  Business was closed in April, 2008, with substantial debts.  Banco Popular, a secured creditor of both the business, Debtor Pawel Posorski and his parents, Jerzy and Anna Posorski (who have already petitioned for relief under Chapter 7 of the Bankrupty Code), held a UCC sale of all of the business' assets, and is currently holding the proceeds from that sale in trust.** | J | **0.00** |
| | | **100% ownership of First Atlantic Corporation, EIN 20-3427530, incorporated 09/07/05** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                  **0.00**
(Total of this page)

Sheet ___1___ of ___3___  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Pawel Posorski,**
       **Ewa Posorski**                                    Case No. _____

_____,
                         Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Subaru B9 Tribeca 2006, 18,600 miles** | H | 19,145.00 |
| | | **Dodge Sprinter 2500, 54,460 miles** | J | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          39,145.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >         **44,748.67**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Pawel Posorski,**                                      Case No. _____
**Ewa Posorski**

_____,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **American Chartered Bank, checking account #3186920** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture (2000), tv (500) and computer (500)** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, pictures and CDs** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Clothing of both debtors** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Polish National Alliance of the U.S. of N.A., Life Insurance** | **735 ILCS 5/12-1001(b)** | **1,403.67** | **1,403.67** |
| **Lincoln Benefit Life Company, Life Insurance Policy # 01T1710532** | **735 ILCS 5/12-1001(b)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Subaru B9 Tribeca 2006, 18,600 miles** | **735 ILCS 5/12-1001(c)** | **2,459.46** | **19,145.00** |
| **Dodge Sprinter 2500, 54,460 miles** | **735 ILCS 5/12-1001(c)** | **1,850.18** | **20,000.00** |
|  |  Total: | **9,913.31** | **44,748.67** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Pawel Posorski,**
**Ewa Posorski,**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10630714321504** <br><br> **Chase Auto Finance** <br> **P.O. Box 9001083** <br> **Louisville, KY 40290-1083** | | H | **Purchase Money Security** <br><br> **Subaru B9 Tribeca 2006, 18,600 miles** <br><br><br> Value $            **19,145.00** | | | | **16,685.54** | **0.00** |
| Account No. **250-0033892-000** <br><br> **Chrysler Financial** <br> **PO Box 354** <br> **Lisle, IL 60532-0354** | X | J | **Purchase Money Security** <br><br> **Dodge Sprinter 2500, 54,460 miles** <br><br><br> Value $            **20,000.00** | | | | **18,149.82** | **0.00** |
| Account No. **137603975** <br><br> **Countrywide Home Lending** <br> **Attention: Bankruptcy  SV-314B** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | | H | **Opened  5/01/06 Last Active  5/30/08** <br><br> **210 Park Lane, Roselle, IL 60172** <br><br><br> Value $            **444,000.00** | | | | **631,402.93** | **187,402.93** |
| Account No. **140541279** <br><br> **Countrywide Home Lending** <br> **Attention: Bankruptcy  SV-314B** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | | H | **Opened  6/01/06 Last Active  5/19/08** <br><br> **210 Park Lane, Roselle, IL 60172** <br><br><br> Value $            **444,000.00** | | | | **149,792.47** | **149,792.47** |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **816,030.76** | **337,195.40** |
| Total <br> (Report on Summary of Schedules) | **816,030.76** | **337,195.40** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Pawel Posorski,**                                                    Case No. _____
      **Ewa Posorski**
_____ ,
                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                **1**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Pawel Posorski,**
**Ewa Posorski**

Case No. _____

Debtors,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **36-4428704-000** | | | **Aug, Oct, Dec - 2007; Jan - 2008** | | | | | |
| **Illinois Department of Revenue** **P.O. Box 19044** **Springfield, IL 62794-9044** | **X** | **H** | **Unpaid sales and use taxes for Pospol Corporation for which a penalty was assessed against Pawel Posorski personally** | | | | | 15,762.58 |
| | | | | | | | 15,762.58 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 15,762.58 |
| | | 15,762.58 / 0.00 |
| | Total (Report on Summary of Schedules) | 15,762.58 |
| | | 15,762.58 / 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Pawel Posorski,**
**Ewa Posorski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. 4313-0334-9596-8112 | | | J | | Credit Line | | | | |
| AAA Financial Services P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | | | | | 3,609.98 |
| Account No. 603459070034 | | | J | | Opened  6/30/03  Last Active 10/21/07 ChargeAccount | | | | |
| Abt Tv/gemb Po Box 981439 El Paso, TX 79998 | | | | | | | | | 0.00 |
| Account No. 5792847 | X | | J | | Invoice | | | | |
| ADT Security Services Inc P.O. box 371967 Pittsburgh, PA 15250-7967 | | | | | | | | | 192.31 |
| Account No. 3715-156124-42002 | | | J | | Opened  3/01/00  Last Active  4/12/08 CreditCard | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | | | | | 11,097.00 |

\_\_21\_\_  continuation sheets attached

Subtotal
(Total of this page)

14,899.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pawel Posorski,**
       **Ewa Posorski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3727-319248-81006** | | | | **CreditCard** | | | | |
| **American Express** **PO Box 46960** **Saint Louis, MO 63146** | | J | | | | | | 22,279.77 |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| **Andy's Deli** **4021 W. Kinzie St.** **Chicago, IL 60624** | X | J | | | | | | 8,715.77 |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| **Angora** **5122 W Belmont** **Chicago, IL 60641** | X | J | | | | | | 130.70 |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| **Ann's Bakery, Inc.** **2158 W. Chicago Ave.** **Chicago, IL 60622** | X | J | | | | | | **Unknown** |
| Account No. **84725926444840** | | | | **Phone Charges** | | | | |
| **AT&T** **Consumer Services Division** **527 East Capitol Ave** **Springfield, IL 62794-9280** | X | J | | | | | | 750.56 |

Sheet no. __1__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,876.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Pawel Posorski,**
**Ewa Posorski**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| Bachinger Farms, Inc. PO Box 254 Prospect Heights, IL 60070-0254 | X | J | | | | | | |
| | | | | | | | | **2,900.00** |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| Badger Distribution 7405 Lookout Dr. Wonder Lake, IL 60097 | X | J | | | | | | |
| | | | | | | | | **205.56** |
| Account No. **Re:  Essence of Europe** | | | | **Trade debt** | | | | |
| Baltic Food Distributing, Inc. 1041 Vandustrial Dr. Westmont, IL 60559 | X | J | | | | | | |
| | | | | | | | | **158.10** |
| Account No. **6018590040218114** | | | | **Credit card** | | | | |
| Banana Republic P.O. Box 530942 Atlanta, GA 30353-0942 | | J | | | | | | |
| | | | | | | | | **539.38** |
| Account No. **7001000513979001** | | | | **Trade debt** | | | | |
| Banco Popular P.O. Box 4601 Oak Park, IL 60303 | X | J | | | | | | |
| | | | | | | | | **354,802.47** |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **358,605.51** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 74973176305661 | | H | | Opened 10/01/02  Last Active  4/14/08 CheckCreditOrLineOfCredit | | | | |
| Bank of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | | | | | | 17,213.34 |
| Account No. 8112 | | J | | Opened 10/01/07  Last Active  4/14/08 CreditCard | | | | |
| Bank of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | | | | | | 3,482.00 |
| Account No. 3000003878 | X | J | | Utility bills | | | | |
| BlueStar Energy Services 14034 Collections Center Dr. Chicago, IL 60693 | | | | | | | | 3,587.80 |
| Account No. Re:  Essence of Europe | X | J | | Trade debt | | | | |
| Bobak Orland Park, Inc. 11333 West 159th St. Orland Park, IL 60467 | | | | | | | | 2,000.00 |
| Account No. Re:  Essence of Europe | X | J | | Trade debt | | | | |
| Bobak Sausage Company 5275 S Archer Ave. Chicago, IL 60632 | | | | | | | | 3,113.75 |

Sheet no. __3___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,396.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
    **Ewa Posorski**
                                              ,
                             Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4388-5752-4106-3077** <br><br> **Chase** <br> **Attn: Bankruptcy Dept** <br> **Po Box 100018** <br> **Kennesaw, GA 30156** | | J | **Opened  6/01/02  Last Active  4/14/08** <br> **CreditCard** | | | | **25,471.00** |
| Account No. **4388-5760-1292-7417** <br><br> **Chase** <br> **Attn: Bankruptcy Dept** <br> **Po Box 100018** <br> **Kennesaw, GA 30156** | | H | **Opened  6/01/05  Last Active  2/29/08** <br> **CreditCard** | | | | **18,759.00** |
| Account No. **4147-2020-1479-3028** <br><br> **Chase** <br> **Attn: Bankruptcy Dept** <br> **Po Box 100018** <br> **Kennesaw, GA 30156** | | W | **Opened  11/01/05  Last Active  3/09/08** <br> **CreditCard** | | | | **18,061.23** |
| Account No. **464018203801** <br><br> **Chase** <br> **Attn: Bankruptcy Dept** <br> **Po Box 100018** <br> **Kennesaw, GA 30156** | | H | **Opened  7/01/07  Last Active  6/01/08** <br> **CreditCard** | | | | **0.00** |
| Account No. **410413750695** <br><br> **Chase - Cc** <br> **Attention:  Bankruptcy Department** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | **Opened  7/01/03  Last Active  1/01/07** <br> **CreditCard** | | | | **0.00** |

Sheet no. __4___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)    **62,291.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Re: Essence of Europe** | | | **Trade debt** | | | | |
| **Chicago Importing Co.** **1250 Davis Rd.** **Elgin, IL 60123** | X | J | | | | | **4,518.89** |
| Account No. **Re: Essence of Europe** | | | **Trade debt** | | | | |
| **Chicagoland Equipment & Supply** **5075 W. Lexington St.** **Chicago, IL 60644** | X | J | | | | | **1,488.00** |
| Account No. 5424-1805-5891-6372 | | | **Opened 10/01/07 Last Active 3/20/08** **CreditCard** | | | | |
| **Citi** **Attention: Bankruptcy** **Po Box 20507** **Kansas City, MO 64915** | X | J | | | | | **5,454.00** |
| Account No. 542418081566 | | | **Opened 9/01/06 Last Active 1/01/08** **CreditCard** | | | | |
| **Citi** **Attention: Bankruptcy** **Po Box 20507** **Kansas City, MO 64915** | | H | | | | | **0.00** |
| Account No. 5491-1303-6937-1570 | | | | | | | |
| **Citibank** **Customer Service Center** **PO Box 6500** **Sioux Falls, SD 57117-6500** | | J | | | | | **Unknown** |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,460.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
**Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6035320238651127** <br><br> **Citibank Usa** <br> **Attn.: Centralized  Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | W | | **Opened  2/01/06  Last Active  4/09/08** <br> **ChargeAccount** | | | | **6,142.00** |
| Account No. **6035320077019113** <br><br> **Citibank Usa** <br> **Attn.: Centralized  Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | H | | **Opened  9/01/00  Last Active  4/09/08** <br> **ChargeAccount** | | | | **1,881.86** |
| Account No. **6264209016** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | J | | **Bill** | | | | **49.29** |
| Account No. **4874527049** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | J | | **Utility bills** | | | | **7,812.63** |
| Account No. **3727-319248-81006** <br><br> **costco American Express** <br> **TrueEarnings Business Card** <br> **P.O. Box 360001** <br> **Fort Lauderdale, FL 33336-0001** | X | J | | **Credit Card** | | | | **22,163.45** |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,049.23**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pawel Posorski,**
      **Ewa Posorski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3715-156124-42002 | | | | Credit Card | | | | |
| Costco American Express Cash Rebate Cash Rebate Credit Card P.O. Box 0001 Los Angeles, CA 90096-0001 | | J | | | | | | 11,410.36 |
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| Cuisine de France, Inc. 14645 Collections Center Drive Chicago, IL 60693 | X | J | | | | | | 2,936.47 |
| Account No. 03643 | | | | Trade debt | | | | |
| Dearborn Wholesale Grocers 2801 South Western Avenue Chicago, IL 60608 | X | J | | | | | | 6,535.09 |
| Account No. 322540279 | | | | Re: Yellow Book/Mid-West advertising | | | | |
| Debtalert RMS 305 Fellowship Rd, Suite 100 P.O. Box 5471 Mount Laurel, NJ 08054 | X | J | | | | | | 635.14 |
| Account No. 6011-3985-6734-8695 | | | | Credit card | | | | |
| Discover Card P.O. Box 30423 Salt Lake City, UT 84130-0423 | X | J | | | | | | 7,190.10 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,707.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
      **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1832**<br><br>**Discover Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | X | J | | **Credit Card** | | | | 23,556.80 |
| Account No. **601100733812**<br><br>**Discover Financial**<br>**Attention: Bankruptcy Department**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | J | | **Opened 8/01/06 Last Active 3/17/08**<br>**CreditCard** | | | | 24,180.00 |
| Account No. **6011-0075-7015-8534**<br><br>**Discover Financial**<br>**Attention: Bankruptcy Department**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | H | | **Opened 8/01/97 Last Active 3/09/08**<br>**CreditCard** | | | | 17,129.00 |
| Account No. **Re: Essence of Europe**<br><br>**Dutch Farms, Inc.**<br>**1573 Momentum Place**<br>**Chicago, IL 60689-5315** | X | J | | **Trade debt** | | | | 848.48 |
| Account No. **12678623**<br><br>**Edy's / Dreyer's Grand Ice Cream**<br>**555 12th Street, Ste. 300**<br>**Oakland, CA 94607** | X | J | | **Trade debt** | | | | 273.90 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,988.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
     **Ewa Posorski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Euro Club of Illinois, Inc.** **800 Fairway Dr.** **Bensenville, IL 60106-1313** | X | J | | | | | | 3,880.36 |
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Europa Bakery** **4345 W. 47th St** **Chicago, IL 60632** | X | J | | | | | | 73.00 |
| Account No. **4988-8200-0875-7246** | | | | Trade debt | | | | |
| **First Equity Card Corp** **PO Box 23029** **Columbus, GA 31902-3029** | X | J | | | | | | 3,421.42 |
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Galaxy Import & Export, Inc.** **237 James Street** **Bensenville, IL 60106** | X | J | | | | | | 1,272.40 |
| Account No. **546680100282** | | | | Opened  9/01/04  Last Active  5/01/08 CreditCard | | | | |
| **GE Mongram Bank / JC Penney Dc** **Attn: Bankruptcy** **Po Box 103104** **Roswell, GA 30076** | | H | | | | | | 0.00 |

Sheet no. __9___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,647.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pawel Posorski,**
       **Ewa Posorski**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07 M1 250250** <br><br> **George S. May International Co** <br> **303 S Northwest Highway** <br> **Park Ridge, IL 60068** | X | J | Trade debt | | | | 15,891.85 |
| Account No. **997191** <br><br> **Goya Foods Inc.** <br> **100 Seaview Drive** <br> **Secaucus, NJ 07096** | X | J | Invoice | | | | 340.19 |
| Account No. **6035320077019113** <br><br> **Homedepot** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | J | Credit Services | | | | 1,731.39 |
| Account No. **6035320238651127** <br><br> **Homedepot** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | J | Credit card | | | | 6,024.95 |
| Account No. **Re: Essence of Europe** <br><br> **J & B Distributing Co.** <br> **3251 N Oak Park** <br> **Chicago, IL 60634** | X | J | Trade debt | | | | 1,960.13 |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,948.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Re: Essence of Europe**<br><br>**K&K Export**<br>**5243 N. Mulligan**<br>**Chicago, IL 60630** | X | J | | **Trade debt** | | | | 594.75 |
| Account No. **Re: Essence of Europe**<br><br>**Kazik Bakery, Inc.**<br>**5806-08 N. Milwaukee Ave.**<br>**Chicago, IL 60645** | X | J | | **Trade debt** | | | | 114.70 |
| Account No. **Re: Essence of Europe**<br><br>**Koenig's Provision Co., Inc.**<br>**136 W. Randolph St.**<br>**Chicago, IL 60607** | X | J | | **Trade debt** | | | | 219.52 |
| Account No.<br><br>**L. Isaacson & Stein Fish Co., Inc.**<br>**800 West Fulton Market**<br>**Chicago, IL 60607** | X | J | | **Trade debt** | | | | 184.69 |
| Account No. **Ref # 702005; File # 168415**<br><br>**LaBrea Bakery dba Cuisine de France**<br>**Olde City Fiinancial Inc Collection**<br>**P.O. Box 800**<br>**Wayne, PA 19087** | X | J | | **Collections for balance** | | | | 1,936.47 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,050.13

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**    Case No. _____
   **Ewa Posorski**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 01T1712587 Lincoln Benefit Life Company P.O. Box 80469 Lincoln, NE 68501-0469 | | W | Life Insurance | | | | 280.00 |
| Account No. 01T1710532 Lincoln Benefit Life Company P.O. Box 80469 Lincoln, NE 68501-0469 | | H | Life Insurance | | | | 440.00 |
| Account No. 117370001 Lipari 26661 Bunert Rd Warren, MI 48089-1476 | | J | Invoice #8495874 | | | | 5,852.00 |
| Account No. Re: Essence of Europe Lowell International Company 9234 West Belmont Ave. Franklin Park, IL 60131 | X | J | Trade debt | | | | 2,559.89 |
| Account No. Re: Essence of Europe Maloney Cunningham & De Vic 1114 West Fulton St. Chicago, IL 60607 | X | J | Trade debt | | | | 215.58 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,347.47**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pawel Posorski,**
       **Ewa Posorski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Re: Essence of Europe** | | | Trade debt | | | | |
| **Markpol Distributors, Inc.** **9815 West Leland Avenue** **Schiller Park, IL 60176** | X | J | | | | | 1,527.22 |
| Account No. **011413429** | | | Insurance Premium | | | | |
| **Mass Mutual Financial Group** **Life Customer Service Hub** **1295 State St** **Springfield, MA 01111-0001** | | J | | | | | 335.00 |
| Account No. **Re: Essence of Europe** | | | Trade debt | | | | |
| **Maxweek** **6260 W. Addison Ave.** **Chicago, IL 60634** | X | J | | | | | 18.90 |
| Account No. **Re: Essence of Europe** | | | Trade debt | | | | |
| **Midwest Food Distribution, Inc.** **3741 25th Ave.** **Schiller Park, IL 60176** | X | J | | | | | 647.00 |
| Account No. **FC6UJ00009** | | | Trade debt | | | | |
| **Mussman's Back Acres** **9998 N. 16000 E. Rd.** **Grant Park, IL 60940** | | J | | | | | 181.94 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,710.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**                                                                        Case No. _____

                                                        _____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4489-6198-4013-2780**<br><br>**Natl Cty Crd**<br>**Attention:  Bankruptcy Department**<br>**6750 Miller Rd**<br>**Brecksville, OH 44141** | | H | **Opened  5/01/05  Last Active  6/24/08**<br>**CreditLineSecured** | | | | **72,477.52** |
| Account No. **14801892879**<br><br>**Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**1844 Ferry Road**<br>**Naperville, IL 60507** | | H | **Opened  1/28/03  Last Active  6/13/08**<br>**Agriculture** | | | | **448.02** |
| Account No. **88468531970**<br><br>**Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** | X | J | **Bill** | | | | **14,221.51** |
| Account No. **6907**<br><br>**Oberweis Dairy**<br>**951 Ice Cream Dr**<br>**Suite 1**<br>**North Aurora, IL 60542** | X | J | **Bill** | | | | **1,877.79** |
| Account No. **Re: Essence of Europe**<br><br>**Omega SAACO**<br>**4110 N. Nashville**<br>**Chicago, IL 60634** | X | J | **Trade debt** | | | | **3,318.74** |

Sheet no. __**14**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **92,343.58**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**                                                        Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Pasieka Bakery, Inc.** **3056 N. Milwaukee Ave.** **Chicago, IL 60618** | X | J | | | | | | 2,218.35 |
| Account No.  **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Pol-Mat, Inc.** **P.O. Box 87** **Chicago Ridge, IL 60415** | X | J | | | | | | 140.00 |
| Account No.  **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Procom Enterprises, Ltd.** **6615 W. Irving Park Rd.** **Suite 201** **Chicago, IL 60634** | X | J | | | | | | 314.41 |
| Account No.  **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **R&R Distributors** **1701 E. Estes Ave.** **Des Plaines, IL 60018** | X | J | | | | | | 1,952.12 |
| Account No.  **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Racine Bakery & Delicatessen** **6216 West Archer Ave.** **Chicago, IL 60638** | X | J | | | | | | 305.10 |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,929.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
**Ewa Posorski**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **27546** | | | Trade debt | | | | |
| **Ried's Fire & Safety Equipment**<br>**PO Box 204**<br>**Lansing, IL 60438** | X | J | | | | | 310.05 |
| Account No. **322540279** | | | Trade debt | | | | |
| **RMS**<br>**PO Box 5471**<br>**Mount Laurel, NJ 08054** | X | J | | | | | 635.14 |
| Account No. **Re: Essence of Europe** | | | Trade debt | | | | |
| **Siam Meats, Inc.**<br>**905 W. Fulton**<br>**Chicago, IL 60607** | X | J | | | | | 858.25 |
| Account No. **Re: Essence of Europe** | | | Trade debt | | | | |
| **Simplex Grinnell**<br>**Dept CH 10320**<br>**Palatine, IL 60055-0320** | X | J | | | | | 275.00 |
| Account No. **0009773** | | | Trade debt | | | | |
| **Smithereen Pest Management**<br>**7400 N Melvina Ave.**<br>**Niles, IL 60714-3908** | X | J | | | | | 100.00 |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,178.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
       **Ewa Posorski**                                       Case No. _____

                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Re: Essence of Europe** | | | **Trade debt** | | | | |
| **Square Enterprises, Inc.** **MBK POL, Inc.** **9347 Seymour** **Schiller Park, IL 60176** | X | J | | | | | **1,331.31** |
| Account No. **Re: Essence of Europe** | | | **Trade debt** | | | | |
| **Stan-Mark Food Products, Inc.** **1100 W. 47th Place** **Chicago, IL 60609** | X | J | | | | | **579.45** |
| Account No. 26108 | | | **Trade debt** | | | | |
| **Taxes-The Financial Services Corp** **7003 1/2 W. Higgins Ave.** **Chicago, IL 60656** | X | J | | | | | **2,381.00** |
| Account No. 2329749 | | | **Trade debt** | | | | |
| **Turano Baking Company** **6501 West Roosevelt Rd** **Berwyn, IL 60402** | X | J | | | | | **143.35** |
| Account No. 4246-3151-2292-9407 | | | **Credit** | | | | |
| **United Mileage Plus** **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | X | J | | | | | **34,200.77** |

Sheet no. \_\_**17**\_\_ of \_\_**21**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal         **38,635.88**
             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Pawel Posorski,**
     **Ewa Posorski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4388-5760-1292-7417** | | H | | Credit Card | | | | |
| **United Mileage Plus Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153** | | | | | | | | 19,249.78 |
| Account No. **4388-5752-4106-3077** | | W | | Credit Card | | | | |
| **United Mileage Plus Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153** | | | | | | | | 25,471.76 |
| Account No. **8472592644** | X | J | | Trade debt | | | | |
| **United Packaging Products, Inc. 1090 Pratt Blvd. Elk Grove Village, IL 60007** | | | | | | | | 430.18 |
| Account No. **4037840013925175** | | H | | Opened 10/01/07  Last Active  2/28/08 CreditCard | | | | |
| **Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125** | | | | | | | | 10,382.66 |
| Account No. **Re:  Essence of Europe** | X | J | | Trade debt | | | | |
| **V.E. Berg & Sons Co 4949 Elston Ave. Chicago, IL 60630** | | | | | | | | 3,122.68 |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,657.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**
         **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Valli Produce** **450 E. Golf Rd.** **Arlington Heights, IL 60005** | X | J | | | | | | |
| | | | | | | | | **5,000.00** |
| Account No. **T8123945-1** | | | | Invoice | | | | |
| **Veolia Environmental Srvcs.** **PO Box 6484** **Carol Stream, IL 60197-6484** | X | J | | | | | | |
| | | | | | | | | **919.59** |
| Account No. **Re:  Essence of Europe** | | | | Trade debt | | | | |
| **Vera's Meats** **3408 North Opal** **Chicago, IL 60634** | X | J | | | | | | |
| | | | | | | | | **116.76** |
| Account No. **780335210-00001** | | | | Phone charges | | | | |
| **Verizon Wireless** **777 Big Timber Rd** **Elgin, IL 60123** | X | J | | | | | | |
| | | | | | | | | **148.97** |
| Account No. **280338422-00001** | | | | Phone Charges | | | | |
| **Verizon Wireless** **777 Big Timber Rd.** **Elgin, IL 60123** | X | J | | | | | | |
| | | | | | | | | **129.98** |

Sheet no. __**19**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,315.30**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pawel Posorski,**    Case No. _____
     **Ewa Posorski**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **78359-102780** <br><br>**Village of Arlington Heights** <br>**P.O. Box 4343** <br>**Carol Stream, IL 60197-4343** | X | J | Utility bills | | | | 191.51 |
| Account No. **78357-66368** <br><br>**Village of Arlington Heights** <br>**P.O. Box 4343** <br>**Carol Stream, IL 60197-4343** | X | J | Utilities | | | | 74.85 |
| Account No. **81894** <br><br>**WDT** <br>**13644 Neutron Rd.** <br>**Dallas, TX 75244-4410** | X | J | Phone bill | | | | 69.55 |
| Account No. **3515** <br><br>**Weinstein Wholesale Meats** <br>**7501 Industrial Drive** <br>**Forest Park, IL 60130** | X | J | Trade debt | | | | 2,484.50 |
| Account No. **ACH079706** <br><br>**Western Union** <br>**20 Corporate Hills Dr** <br>**Saint Charles, MO 63301-3744** | X | J | Invoice | | | | 7,951.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,771.41

B6F (Official Form 6F) (12/07) - Cont.

In re **Pawel Posorski,**
     **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1601 W. Campbell** <br><br> **Westgate Joint Venture** <br> **c/o Nick Schneider** <br> **191 Waukegan Rd. Ste. 203** <br> **Northfield, IL 60093** | X | J | | **Commercial Rental Space** | | | | **116,764.22** |
| Account No. **Re:  Essence of Europe** <br><br> **Winston's Specialities** <br> **4701 West 63rd St.** <br> **Chicago, IL 60629** | X | J | | **Trade debt** | | | | **354.90** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **117,119.12** |
| Total <br> (Report on Summary of Schedules) | | **1,021,929.30** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Pawel Posorski,**                                          Case No. _____
         **Ewa Posorski**

_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Westgate Joint Venture** <br> **c/o Nick Schneider** <br> **191 Waukegan Rd. Ste. 203** <br> **Northfield, IL 60093** | **Lease for Debtor Pawel Posorski's delicatessen, Essence of Europe, formerly located at 1601 W. Campbell, Arlington Heights, IL 60005.  Property has already been surrendered to landlord.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Pawel Posorski,**
        **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Illinois Department of Revenue**<br>**P.O. Box 19044**<br>**Springfield, IL 62794-9044** |
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Westgate Joint Venture**<br>**c/o Nick Schneider**<br>**191 Waukegan Rd. Ste. 203**<br>**Northfield, IL 60093** |
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Banco Popular**<br>**P.O. Box 4601**<br>**Oak Park, IL 60303** |
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **BlueStar Energy Services**<br>**14034 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Village of Arlington Heights**<br>**P.O. Box 4343**<br>**Carol Stream, IL 60197-4343** |
| **Anna Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **George S. May International Co**<br>**303 S Northwest Highway**<br>**Park Ridge, IL 60068** |
| **Essence of Europe**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **United Mileage Plus**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005** | **Discover Card**<br>**P.O. Box 30423**<br>**Salt Lake City, UT 84130-0423** |
| **Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005** | **Western Union**<br>**20 Corporate Hills Dr**<br>**Saint Charles, MO 63301-3744** |
| **Essence of Europe**<br>**210 Park Lane**<br>**Roselle, IL 60172-1532** | **Illinois Department of Revenue**<br>**P.O. Box 19044**<br>**Springfield, IL 62794-9044** |
| **Essence of Europe c/o Jerzy Posorsk**<br>**1601 W. Campbel St**<br>**Arlington Heights, IL 60005** | **WDT**<br>**13644 Neutron Rd.**<br>**Dallas, TX 75244-4410** |

**7**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Pawel Posorski,**        Case No. _____
       **Ewa Posorski**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Essence of Europe/ Jerzy Posorski**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **Essense of Europe**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **costco American Express**<br>**TrueEarnings Business Card**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** |
| **Ewa Posorski**<br>**210 Park Ln**<br>**Roselle, IL 60172-1532** | **Discover Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** |
| **Ewa Posorski**<br>**210 Park Ln**<br>**Roselle, IL 60172-1532** | **Citi**<br>**Attention: Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64915** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Illinois Department of Revenue**<br>**P.O. Box 19044**<br>**Springfield, IL 62794-9044** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Westgate Joint Venture**<br>**c/o Nick Schneider**<br>**191 Waukegan Rd. Ste. 203**<br>**Northfield, IL 60093** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Banco Popular**<br>**P.O. Box 4601**<br>**Oak Park, IL 60303** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **BlueStar Energy Services**<br>**14034 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Village of Arlington Heights**<br>**P.O. Box 4343**<br>**Carol Stream, IL 60197-4343** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **Dearborn Wholesale Grocers**<br>**2801 South Western Avenue**<br>**Chicago, IL 60608** |
| **Jerzy Posorski**<br>**534 Yosemite Ct**<br>**Roselle, IL 60172-1212** | **George S. May International Co**<br>**303 S Northwest Highway**<br>**Park Ridge, IL 60068** |
| **Pospol Corp**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005** | **Goya Foods Inc.**<br>**100 Seaview Drive**<br>**Secaucus, NJ 07096** |

Sheet  **1**  of  **7**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     

In re   **Pawel Posorski,**
     **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Pospol Corporation**<br>**1601 W. Campbell Street**<br>**Arlington Heights, IL 60005** | **Chrysler Financial**<br>**PO Box 354**<br>**Lisle, IL 60532-0354** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Debtalert RMS**<br>**305 Fellowship Rd, Suite 100**<br>**P.O. Box 5471**<br>**Mount Laurel, NJ 08054** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Westgate Joint Venture**<br>**c/o Nick Schneider**<br>**191 Waukegan Rd. Ste. 203**<br>**Northfield, IL 60093** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **RMS**<br>**PO Box 5471**<br>**Mount Laurel, NJ 08054** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Verizon Wireless**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **LaBrea Bakery dba Cuisine de France**<br>**Olde City Fiinancial Inc Collection**<br>**P.O. Box 800**<br>**Wayne, PA 19087** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **L. Isaacson & Stein Fish Co., Inc.**<br>**800 West Fulton Market**<br>**Chicago, IL 60607** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Oberweis Dairy**<br>**951 Ice Cream Dr**<br>**Suite 1**<br>**North Aurora, IL 60542** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Veolia Environmental Srvcs.**<br>**PO Box 6484**<br>**Carol Stream, IL 60197-6484** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Ried's Fire & Safety Equipment**<br>**PO Box 204**<br>**Lansing, IL 60438** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Edy's / Dreyer's Grand Ice Cream**<br>**555 12th Street, Ste. 300**<br>**Oakland, CA 94607** |

Sheet __2__ of __7__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Pawel Posorski,**
      **Ewa Posorski**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Smithereen Pest Management**<br>**7400 N Melvina Ave.**<br>**Niles, IL 60714-3908** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **ADT Security Services Inc**<br>**P.O. box 371967**<br>**Pittsburgh, PA 15250-7967** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Banco Popular**<br>**P.O. Box 4601**<br>**Oak Park, IL 60303** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Verizon Wireless**<br>**777 Big Timber Rd.**<br>**Elgin, IL 60123** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **BlueStar Energy Services**<br>**14034 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Village of Arlington Heights**<br>**P.O. Box 4343**<br>**Carol Stream, IL 60197-4343** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **AT&T**<br>**Consumer Services Division**<br>**527 East Capitol Ave**<br>**Springfield, IL 62794-9280** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Dearborn Wholesale Grocers**<br>**2801 South Western Avenue**<br>**Chicago, IL 60608** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Taxes-The Financial Services Corp**<br>**7003 1/2 W. Higgins Ave.**<br>**Chicago, IL 60656** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **First Equity Card Corp**<br>**PO Box 23029**<br>**Columbus, GA 31902-3029** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Village of Arlington Heights**<br>**P.O. Box 4343**<br>**Carol Stream, IL 60197-4343** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Andy's Deli**<br>**4021 W. Kinzie St.**<br>**Chicago, IL 60624** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Ann's Bakery, Inc.**<br>**2158 W. Chicago Ave.**<br>**Chicago, IL 60622** |

Sheet  __3__  of  __7__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Pawel Posorski,**                                          Case No. _____
      **Ewa Posorski**

_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Europa Bakery**<br>**4345 W. 47th St**<br>**Chicago, IL 60632** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Turano Baking Company**<br>**6501 West Roosevelt Rd**<br>**Berwyn, IL 60402** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Square Enterprises, Inc.**<br>**MBK POL, Inc.**<br>**9347 Seymour**<br>**Schiller Park, IL 60176** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Valli Produce**<br>**450 E. Golf Rd.**<br>**Arlington Heights, IL 60005** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Vera's Meats**<br>**3408 North Opal**<br>**Chicago, IL 60634** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **United Packaging Products, Inc.**<br>**1090 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **V.E. Berg & Sons Co**<br>**4949 Elston Ave.**<br>**Chicago, IL 60630** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Winston's Specialities**<br>**4701 West 63rd St.**<br>**Chicago, IL 60629** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Weinstein Wholesale Meats**<br>**7501 Industrial Drive**<br>**Forest Park, IL 60130** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **George S. May International Co**<br>**303 S Northwest Highway**<br>**Park Ridge, IL 60068** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Simplex Grinnell**<br>**Dept CH 10320**<br>**Palatine, IL 60055-0320** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Racine Bakery & Delicatessen**<br>**6216 West Archer Ave.**<br>**Chicago, IL 60638** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Kazik Bakery, Inc.**<br>**5806-08 N. Milwaukee Ave.**<br>**Chicago, IL 60645** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Pawel Posorski,**                                          Case No. _____
    **Ewa Posorski**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Pasieka Bakery, Inc.**<br>**3056 N. Milwaukee Ave.**<br>**Chicago, IL 60618** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Angora**<br>**5122 W Belmont**<br>**Chicago, IL 60641** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Bobak Orland Park, Inc.**<br>**11333 West 159th St.**<br>**Orland Park, IL 60467** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Chicagoland Equipment & Supply**<br>**5075 W. Lexington St.**<br>**Chicago, IL 60644** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Bachinger Farms, Inc.**<br>**PO Box 254**<br>**Prospect Heights, IL 60070-0254** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Bobak Sausage Company**<br>**5275 S Archer Ave.**<br>**Chicago, IL 60632** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Lowell International Company**<br>**9234 West Belmont Ave.**<br>**Franklin Park, IL 60131** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Galaxy Import & Export, Inc.**<br>**237 James Street**<br>**Bensenville, IL 60106** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Baltic Food Distributing, Inc.**<br>**1041 Vandustrial Dr.**<br>**Westmont, IL 60559** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Badger Distribution**<br>**7405 Lookout Dr.**<br>**Wonder Lake, IL 60097** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Cuisine de France, Inc.**<br>**14645 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Chicago Importing Co.**<br>**1250 Davis Rd.**<br>**Elgin, IL 60123** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Euro Club of Illinois, Inc.**<br>**800 Fairway Dr.**<br>**Bensenville, IL 60106-1313** |

Sheet __5__ of __7__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Pawel Posorski,**                                                Case No. _____
         **Ewa Posorski**
_____,
                                    Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **K&K Export**<br>**5243 N. Mulligan**<br>**Chicago, IL 60630** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Maxweek**<br>**6260 W. Addison Ave.**<br>**Chicago, IL 60634** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Midwest Food Distribution, Inc.**<br>**3741 25th Ave.**<br>**Schiller Park, IL 60176** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Markpol Distributors, Inc.**<br>**9815 West Leland Avenue**<br>**Schiller Park, IL 60176** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Omega SAACO**<br>**4110 N. Nashville**<br>**Chicago, IL 60634** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Pol-Mat, Inc.**<br>**P.O. Box 87**<br>**Chicago Ridge, IL 60415** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Procom Enterprises, Ltd.**<br>**6615 W. Irving Park Rd.**<br>**Suite 201**<br>**Chicago, IL 60634** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **R&R Distributors**<br>**1701 E. Estes Ave.**<br>**Des Plaines, IL 60018** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Stan-Mark Food Products, Inc.**<br>**1100 W. 47th Place**<br>**Chicago, IL 60609** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Koenig's Provision Co., Inc.**<br>**136 W. Randolph St.**<br>**Chicago, IL 60607** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Siam Meats, Inc.**<br>**905 W. Fulton**<br>**Chicago, IL 60607** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Maloney Cunningham & De Vic**<br>**1114 West Fulton St.**<br>**Chicago, IL 60607** |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **Dutch Farms, Inc.**<br>**1573 Momentum Place**<br>**Chicago, IL 60689-5315** |

Sheet __**6**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Pawel Posorski,**
       **Ewa Posorski**

Case No. _____

                                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Pospol DBA/Essence of Europe**<br>**1601 W. Campbell St**<br>**Arlington Heights, IL 60005-1515** | **J & B Distributing Co.**<br>**3251 N Oak Park**<br>**Chicago, IL 60634** |

Sheet   **7**   of   **7**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Pawel Posorski**
       **Ewa Posorski**                                              Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Dental Hygenist** |
| Name of Employer | **Unemployed** | **William J. Holevas, DDS** |
| How long employed | | **1 year 4 months** |
| Address of Employer | | **1209 Dundee Ave.**<br>**Elgin, IL 60120** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **4,333.33** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **4,333.33** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b.  Insurance | $ **0.00** | $ **0.00** |
| c.  Union dues | $ **0.00** | $ **0.00** |
| d.  Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **4,333.33** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>     dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify):  **Unemployment Income** | $ **1,008.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,008.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,008.00** | $ **4,333.33** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,341.33** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Until April, 2008, Debtor Pawel Posorski was running the family deli, Essence of Europe, with his father, Jerzy Posorski.  The business finally failed after the family had invested several hundred thousands dollars.  During this time, Pawel Posorski was not taking regular or significant distributions of money, but he was taking home food for his family from the store's inventory.  It is difficult to determine the money distributed to him over the last six months as it was small amounts of cash where available.**

**Pawel Posorski is now interviewing for jobs, including that of an insurance salesman, but it is unclear exactly how much he will make or when he will be hired.**

B6J (Official Form 6J) (12/07)

In re **Pawel Posorski**
**Ewa Posorski**
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,873.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 450.00 |
| b. Water and sewer | $ | 45.00 |
| c. Telephone | $ | 70.00 |
| d. Other **See Detailed Expense Attachment** | $ | 270.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 22.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 87.92 |
| c. Health | $ | 550.00 |
| d. Auto | $ | 110.32 |
| e. Other **See Detailed Expense Attachment** | $ | 35.50 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,002.57 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Education for employment** | $ | 16.67 |
| Other **American Dental Association, Dues** | $ | 29.17 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,512.15 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,341.33 |
| b.   Average monthly expenses from Line 18 above | $ | 9,512.15 |
| c.   Monthly net income (a. minus b.) | $ | -4,170.82 |

B6J (Official Form 6J) (12/07)

In re    **Pawel Posorski**
     **Ewa Posorski**
            Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell phones | $ | 175.00 |
| TV | $ | 80.00 |
| Garbage/Waste | $ | 15.00 |
| **Total Other Utility Expenditures** | $ | 270.00 |

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| Liability and disability | $ | 21.42 |
| Personal Umbrella Insurance | $ | 14.08 |
| **Total Other Insurance Expenditures** | $ | 35.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pawel Posorski**
        **Ewa Posorski**                                                    Case No. _____

                                                  Debtor(s)                 Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**45**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 19, 2008**                     Signature   **/s/ Pawel Posorski**
                                                          **Pawel Posorski**
                                                          Debtor

Date   **July 19, 2008**                     Signature   **/s/ Ewa Posorski**
                                                          **Ewa Posorski**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Pawel Posorski**
**Ewa Posorski**

Case No. _____

Debtor(s)       Chapter    **7**  _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$9,974.00** | **Gross income from wife's employment for tax year 2006.** |
| **$32,500.00** | **Husband's wages for 2006 from Pospol Corporation** |
| **$-42,286.00** | **Loss from operation of Husband Debtor's business, Pospol Corporation d/b/a Essence of Europe** |
| **$-239.00** | **Loss from operation of Husband Debtor's business, First Atlantic corporation** |
| **$44,675.74** | **Gross Income from Wife Debtor's employment for tax year 2007 at William J Holevas DDS, Ltd. 1209 Dundee Avenue, Elgin, IL 60120** |
| **$10,000.00** | **Husband's wages for 2007 from Pospol Corporation** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,198.29** | **Husband's IRA distribution in tax year 2007** |
| **$11,437.57** | **Wife's pension distribution in tax year 2007** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Tenenbaum, La Fata, Chartered 5920 W. Dempster St., Ste. 200 Morton Grove, IL 60053** | | **$1,000.00** |

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|                           | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS     | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                           | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS     | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF     |                  |                         |
| GOVERNMENTAL UNIT       | DOCKET NUMBER    | STATUS OR DISPOSITION   |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **First Atlantic Corporation** | 20-3427530 | **210 Park Lane Roselle, IL 60172** | **Various entrepreneurial activities** | **09/07/2005 to present** |
| **Pospol Corporation** | 36-4428704 | **1601 W. Campbell Street Arlington Heights, IL 60005** | **Deli** | **02/05/2001 - 04/2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Taxes-The Financial Services Corp**
**7003 1/2 W. Higgins Ave.**
**Chicago, IL 60656**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                   DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY               INVENTORY SUPERVISOR           (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                  NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                    NATURE AND PERCENTAGE

NAME AND ADDRESS                         TITLE                         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                        DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                        DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                      AMOUNT OF MONEY
OF RECIPIENT,                         DATE AND PURPOSE            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL             VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 19, 2008**                                       Signature    **/s/ Pawel Posorski**
                                                                            **Pawel Posorski**
                                                                            Debtor

Date  **July 19, 2008**                                       Signature    **/s/ Ewa Posorski**
                                                                            **Ewa Posorski**
                                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Pawel Posorski**
**Ewa Posorski**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
| --- | --- | --- | --- | --- | --- |
| **210 Park Lane, Roselle, IL 60172** | **Countrywide Home Lending** | X | | | |
| **210 Park Lane, Roselle, IL 60172** | **Countrywide Home Lending** | X | | | |
| **Subaru B9 Tribeca 2006, 18,600 miles** | **Chase Auto Finance** | | | | X |
| **Dodge Sprinter 2500, 54,460 miles** | **Chrysler Financial** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
| --- | --- | --- |
| **-NONE-** | | |

Date    **July 19, 2008**    Signature    **/s/ Pawel Posorski**
**Pawel Posorski**
Debtor

Date    **July 19, 2008**    Signature    **/s/ Ewa Posorski**
**Ewa Posorski**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Pawel Posorski**
      **Ewa Posorski**                                    Case No. _____
                                      Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **1,000.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 19, 2008**                      **/s/ James La Fata**
                                               **James La Fata**
                                               **Tenenbaum, La Fata, Chartered**
                                               **5920 W. Dempster St., Ste. 200**
                                                 **Morton Grove, IL 60053**
                                                 **847-967-0377  Fax: 847-967-0344**
                                                 **lafataja@hotmail.com**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**James La Fata** | X **/s/ James La Fata** | July 19, 2008
Printed Name of Attorney | Signature of Attorney | Date
Address:
**5920 W. Dempster St., Ste. 200**
**Morton Grove, IL 60053**
**847-967-0377**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Pawel Posorski**
**Ewa Posorski** | X **/s/ Pawel Posorski** | July 19, 2008
Printed Name of Debtor | Signature of Debtor | Date

Case No. (if known) | X **/s/ Ewa Posorski** | July 19, 2008
| Signature of Joint Debtor (if any) | Date

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Pawel Posorski**
**Ewa Posorski**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **139**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 19, 2008**                    **/s/ Pawel Posorski**
                                            **Pawel Posorski**
                                            Signature of Debtor

Date:    **July 19, 2008**                    **/s/ Ewa Posorski**
                                            **Ewa Posorski**
                                            Signature of Debtor

AAA Financial Services
P.O. Box 15726
Wilmington, DE 19886-5726


AAA Financial Services
PO Box 15026
Wilmington, DE 19850-5026


Abt Tv/gemb
Po Box 981439
El Paso, TX 79998


ADT Security Services Inc
P.O. box 371967
Pittsburgh, PA 15250-7967


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
PO Box 46960
Saint Louis, MO 63146


Andy's Deli
4021 W. Kinzie St.
Chicago, IL 60624


Angora
5122 W Belmont
Chicago, IL 60641


Ann's Bakery, Inc.
2158 W. Chicago Ave.
Chicago, IL 60622


Anna Posorski
534 Yosemite Ct
Roselle, IL 60172-1212


AT&T
Consumer Services Division
527 East Capitol Ave
Springfield, IL 62794-9280

Bachinger Farms, Inc.
PO Box 254
Prospect Heights, IL 60070-0254


Badger Distribution
7405 Lookout Dr.
Wonder Lake, IL 60097


Baltic Food Distributing, Inc.
1041 Vandustrial Dr.
Westmont, IL 60559


Banana Republic
P.O. Box 530942
Atlanta, GA 30353-0942


Banco Popular
P.O. Box 4601
Oak Park, IL 60303


Bank of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410


Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027


BlueStar Energy Services
14034 Collections Center Dr.
Chicago, IL 60693


Bobak Orland Park, Inc.
11333 West 159th St.
Orland Park, IL 60467


Bobak Sausage Company
5275 S Archer Ave.
Chicago, IL 60632


Cardmember Service
PO Box 6352
Fargo, ND 58125-6352

Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298


Chase - Cc
Attention: Bankruptcy Department
Po Box 15298
Wilmington, DE 19850


Chase Auto Finance
P.O. Box 9001083
Louisville, KY 40290-1083


Chicago Importing Co.
1250 Davis Rd.
Elgin, IL 60123


Chicagoland Equipment & Supply
5075 W. Lexington St.
Chicago, IL 60644


Chrysler Financial
PO Box 354
Lisle, IL 60532-0354


Citi
Attention: Bankruptcy
Po Box 20507
Kansas City, MO 64915


Citi Cards
P.O. Box 688912
Des Moines, IA 50368-8912


Citi Platinum Select Card
P.O. Box 6000
The Lakes, NV 89163-6000

Citibank
Customer Service Center
PO Box 6500
Sioux Falls, SD 57117-6500


Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


ComEd
Bill Payment Center
Chicago, IL 60668-0001


costco American Express
TrueEarnings Business Card
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Costco American Express Cash Rebate
Cash Rebate Credit Card
P.O. Box 0001
Los Angeles, CA 90096-0001


Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062


Cuisine de France, Inc.
14645 Collections Center Drive
Chicago, IL 60693


Dearborn Wholesale Grocers
2801 South Western Avenue
Chicago, IL 60608


Debt Alert
PO Box 539
Richfield, OH 44286


Debtalert RMS
305 Fellowship Rd, Suite 100
P.O. Box 5471
Mount Laurel, NJ 08054

Discover Card
P.O. Box 30423
Salt Lake City, UT 84130-0423


Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395


Discover Card
P.O. Box 30943
Salt Lake City, UT 84130


Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


DPI Midwest
3812 Collection Center Drive
Chicago, IL 60693


Dutch Farms, Inc.
1573 Momentum Place
Chicago, IL 60689-5315


Edy's / Dreyer's Grand Ice Cream
555 12th Street, Ste. 300
Oakland, CA 94607


Edy's Grand Ice Cream
3852 Collections Center Dr.
Chicago, IL 60693


Essence of Europe
534 Yosemite Ct
Roselle, IL 60172-1212


Essence of Europe
1601 W. Campbell St
Arlington Heights, IL 60005


Essence of Europe
210 Park Lane
Roselle, IL 60172-1532

Essence of Europe c/o Jerzy Posorsk
1601 W. Campbel St
Arlington Heights, IL 60005


Essence of Europe/ Jerzy Posorski
1601 W. Campbell St
Arlington Heights, IL 60005-1515


Essense of Europe
534 Yosemite Ct
Roselle, IL 60172-1212


Euro Club of Illinois, Inc.
800 Fairway Dr.
Bensenville, IL 60106-1313


Europa Bakery
4345 W. 47th St
Chicago, IL 60632


Ewa Posorski
210 Park Ln
Roselle, IL 60172-1532


First Equity Card Corp
PO Box 23029
Columbus, GA 31902-3029


Galaxy Import & Export, Inc.
237 James Street
Bensenville, IL 60106


Ge Money Bank
P.O. Box 981064
El Paso, TX 79998-1064


GE Money Bank
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076


GE Mongram Bank / JC Penney Dc
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

George S. May International Co
303 S Northwest Highway
Park Ridge, IL 60068


Goya Foods Inc.
100 Seaview Drive
Secaucus, NJ 07096


Homedepot
Processing Center
Des Moines, IA 50364-0500


Illinois Department of Revenue
P.O. Box 19044
Springfield, IL 62794-9044


J & B Distributing Co.
3251 N Oak Park
Chicago, IL 60634


Jerzy Posorski
534 Yosemite Ct
Roselle, IL 60172-1212


K&K Export
5243 N. Mulligan
Chicago, IL 60630


Kazik Bakery, Inc.
5806-08 N. Milwaukee Ave.
Chicago, IL 60645


Koenig's Provision Co., Inc.
136 W. Randolph St.
Chicago, IL 60607


L. Isaacson & Stein Fish Co., Inc.
800 West Fulton Market
Chicago, IL 60607


LaBrea Bakery dba Cuisine de France
Olde City Fiinancial Inc Collection
P.O. Box 800
Wayne, PA 19087

Lincoln Benefit Life Company
P.O. Box 80469
Lincoln, NE 68501-0469


Lipari
26661 Bunert Rd
Warren, MI 48089-1476


Lowell International Company
9234 West Belmont Ave.
Franklin Park, IL 60131


Maloney Cunningham & De Vic
1114 West Fulton St.
Chicago, IL 60607


Markpol Distributors, Inc.
9815 West Leland Avenue
Schiller Park, IL 60176


Mass Mutual Financial Group
Life Customer Service Hub
1295 State St
Springfield, MA 01111-0001


Mass Mutual Financial Group
Ins. agent David B. Schulman
1000 Corporate Dr, Ste 700
Fort Lauderdale, FL 33334


MassMutual Financial Group
Rep: Robin McGloin
441 SE Second St
Delray Beach, FL 33483


Maxweek
6260 W. Addison Ave.
Chicago, IL 60634


Michael J. Gilmartin
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606

Midwest Food Distribution, Inc.
3741 25th Ave.
Schiller Park, IL 60176


Mussman's Back Acres
9998 N. 16000 E. Rd.
Grant Park, IL 60940


National City Bank
P.O. Box 856176
Louisville, KY 40285-6176


Nationwide Credit, Inc
Re: discover
3600 E. University Dr, Suite B-1350
Phoenix, AZ 85034


Nationwide Credit, Inc
P.O. Box 740640
Atlanta, GA 30374


Natl Cty Crd
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Northland Group Inc-Collection
P.O. Box 390905
Mail Code CBK2
Edina, MN 55439


Northland Group, Inc.
PO Box 390905
Edina, MN 55439


Oberweis Dairy
951 Ice Cream Dr
Suite 1
North Aurora, IL 60542


Olde City Financial, Inc.
PO Box 800
Wayne, PA 19087


Omega SAACO
4110 N. Nashville
Chicago, IL 60634


Pasieka Bakery, Inc.
3056 N. Milwaukee Ave.
Chicago, IL 60618


Pol-Mat, Inc.
P.O. Box 87
Chicago Ridge, IL 60415


Pospol Corp
1601 W. Campbell St
Arlington Heights, IL 60005


Pospol Corporation
1601 W. Campbell Street
Arlington Heights, IL 60005


Pospol DBA/Essence of Europe
1601 W. Campbell St
Arlington Heights, IL 60005-1515

Procom Enterprises, Ltd.
6615 W. Irving Park Rd.
Suite 201
Chicago, IL 60634


R&R Distributors
1701 E. Estes Ave.
Des Plaines, IL 60018


Racine Bakery & Delicatessen
6216 West Archer Ave.
Chicago, IL 60638


Ried's Fire & Safety Equipment
PO Box 204
Lansing, IL 60438


RMS
PO Box 5471
Mount Laurel, NJ 08054


Seafax
62 US Route 1
Cumberland Foreside, ME 04110


Siam Meats, Inc.
905 W. Fulton
Chicago, IL 60607


Simplex Grinnell
Dept CH 10320
Palatine, IL 60055-0320


Smithereen Pest Management
7400 N Melvina Ave.
Niles, IL 60714-3908


Square Enterprises, Inc.
MBK POL, Inc.
9347 Seymour
Schiller Park, IL 60176


Stan-Mark Food Products, Inc.
1100 W. 47th Place
Chicago, IL 60609

Stein & Rotman
105 West Madison, Suite 600
Chicago, IL 60602


Subaru Motors Finance
Undeliverable mail only
P.O.Box 78067
Phoenix, AZ 85062-8067


Taxes-The Financial Services Corp
7003 1/2 W. Higgins Ave.
Chicago, IL 60656


Teller, Levit & Silvertrust
11 East Adams St.
Chicago, IL 60603


Turano Baking Company
6501 West Roosevelt Rd
Berwyn, IL 60402


United Mileage Plus
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


United Mileage Plus
PO Box 15298
Wilmington, DE 19850-5298


United Packaging Products, Inc.
1090 Pratt Blvd.
Elk Grove Village, IL 60007


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Us Bank/na Nd
4325 17th Ave S
Fargo, ND 58125


V.E. Berg & Sons Co
4949 Elston Ave.
Chicago, IL 60630

Valli Produce
450 E. Golf Rd.
Arlington Heights, IL 60005


Veolia Environmental Services
4612 W. Lake St
Melrose Park, IL 60160


Veolia Environmental Srvcs.
PO Box 6484
Carol Stream, IL 60197-6484


Vera's Meats
3408 North Opal
Chicago, IL 60634


Verizon Wireless
777 Big Timber Rd
Elgin, IL 60123


Verizon Wireless
777 Big Timber Rd.
Elgin, IL 60123


Village of Arlington Heights
P.O. Box 4343
Carol Stream, IL 60197-4343


WDT
13644 Neutron Rd.
Dallas, TX 75244-4410


Weinstein Wholesale Meats
7501 Industrial Drive
Forest Park, IL 60130


Western Union
20 Corporate Hills Dr
Saint Charles, MO 63301-3744


Westgate Joint Venture
c/o Nick Schneider
191 Waukegan Rd. Ste. 203
Northfield, IL 60093

Winston's Specialities
4701 West 63rd St.
Chicago, IL 60629